IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

PASCHALL L. SANDERS,

    Plaintiff,                                            JUDGMENT IN A CIVIL CASE

v.                                                                                  Case No. 13-cv-649-wmc

KITTY RHODES, DENNIS SMITH and
OTIS WOODS,

    Defendants.

---

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered denying plaintiff Paschall L. Sander's request for leave to proceed and dismissing this case for lack of jursdiction.

| /s/ | 1/27/2014 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |