January 28, 2014

U.S.C.A. – 7th Circuit
RECEIVED

JAN 31 2014 DDS

TO: Chief Clerk of the Court
Seventh Circuit Court of Appeals
219 S. Dearborn Street
Chicago, IL 60604-1874

GINO J. AGNELLO
CLERK

FROM: Paschall L. Sanders, III
Sand Ridge Secure Treatment Center, (SRSTC)
P.O. Box 800
Mauston, WI 53948-0800

Re: REQUEST FOR ALL "APPEAL DOCUMENTS / FORMS" NECESSARY TO IMMEDIATELY APPEAL THE JANUARY 24, 2014 OPINION AND ORDER DENYING REVIEW OF CONTINUING AND SEVERE CONSTITUTIONAL VIOLATION CLAIMS OF PLAINTIFF'S AMERICANS WITH DISABILITIES ACT, TITLE II AND REHABILITATION ACT, § 504 AS AMENDED RIGHTS AND PROTECTIONS AS A FULL QUALIFIED "HANDICAPPED INDIVIDUAL"

Paschall L. Sanders v. Kitty Rhodes, Secretary, Wisconsin Department of Health Services, et al.,
Western District of Wisconsin Civil Case No. 13-cv-649-wmc

Dear Chief Clerk of the Court:

Upon receipt of this letter / communication I ask this be 'liberally costrued' to immediately appeal on my behalf the (denial) by the Honorable William M. Conley, District Judge, Western District of Wisconsin Federal Court, to my fully claimed constitutional / procedural violations of my continually claimed rights and protections as fully 'qualified' disabled / handicapped individual under both the Americans With Disabilities Act of 1990, Title II and the Rehabilitation Act of 1973, § 504 as amended. via; Judge Conley's denial of my motion(s) / exhibits all 'sworn to under penalty of perjury' and denied on date of January 24, 2014 under "Civil Case Number. 13-cv-649-wmc."

I claim Judge Conley, and his Federal Court had at all times directly relevant to my ADA, Title II and Rehabilitation Act, § 504 as amended. violation claims both 'personal' as "subject matter jurisdiction to make specific 'findings of facts and conclusions of law' specific to these ADA, Title II and Rehabilitation Act, § 504 as amended violation claims but, failed to so do.

I want to 'immediately' appeal these denials, and respectfully herein request all necessary documents / forms / applications, etc. needed to appeal this January 24, 2014 denial in the above entitled 'civil action.' I have today's date forwarded a full copy of this 'Appeal' request to the: Clerk of Court, U.S. District Court, Western District of Wisconsin, and the Wisconsin Attorney General's Offices via; the United States Mail (postage prepaid, first class mail) that all involved in

Chief Clerk of the Court
Seventh Circuit Court of Appeals
Re: Appeal Civil Case No. 13-cv-649-wmc
January 28, 2014
Page - 2


these severe and 'ongoing' ADA, Title II and Rehabilitation Act, § 504 as amended. constitutional violation claims will be fully advised of my right and intent to 'appeal' these matters, directly to your Seventh Circuit Court of Appeal as allowed by law and statutes.

I make this claim to an 'immediate' appeal herein asking this Honborable Court to 'liberally constru' this as both timely and proper before this Honorable Court under its own 'jurisdiction' that justice be done upon me in these matters.

I patiently await any return correspondence / directives / documents / appeal forms , etc. your Honorable Court may be able to afford me in these matters and patiently await same, as your extremely busy schedule will permit.

Thank you, for your assistance and understanding in these very imprtant appellate matters.

Cc: Clerk of Court
U.S. District Court
Western District of Wisconsin
Wisconsin Attorney General
File

Respectfully submitted,

Paschall L. Sanders III
Appellant / Patient /
Claimant / Affiant
Pro se
'without counsel'