IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| PASQUAL J. SANDERS, | | |
|---|---|---|
| | Plaintiff, | ORDER |
| v. | | |
| | | 13-cv-649-wmc |
| KITTY RHODES, *et al.*, | | App. No. 14-1289 |
| | Defendants. | |

Plaintiff Pasqual L. Sanders filed this lawsuit alleging that he was wrongfully denied "medical assistance" benefits from the state Medicare/Medicaid program. On January 24, 2014, this court denied Sanders leave to proceed for purposes of the federal *in forma pauperis* statute, 28 U.S.C. § 1915(a), and dismissed his complaint for lack of subject matter jurisdiction. Sanders has now filed a notice of appeal. (Dkt. # 30). To date, however, he has not paid the appellate docketing fee ($505.00). For his appeal to proceed, Sanders must pay the fee within twenty days or submit a properly supported motion for leave to proceed *in forma pauperis* in compliance with 28 U.S.C. § 1915(a)(2).

ORDER

IT IS ORDERED that, within **twenty (20) days**, plaintiff Pasqual J. Sanders shall either (1) pay the $505.00 appellate docketing fee; or (2) submit a motion for leave to proceed *in forma pauperis*, together with a certified copy of his resident account statement, in compliance with 28 U.S.C. § 1915(a)(2). Failure to comply as directed may result in the dismissal of his appeal.

Entered this 26th day of February, 2014.

BY THE COURT:

/s/
_____
WILLIAM M. CONLEY
District Judge